# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH CANNON, | : | CIVIL ACTION NO: 1:19-CV-01700 |
| | : | |
| Plaintiff, | : | (Chief Judge Jones) |
| | : | |
| | : | (Chief Magistrate Judge Schwab) |
| MICHAEL WENEROWICZ, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER
June 18, 2020

**IT IS ORDERED** that Cannon's unopposed motion (*doc. 29*) for leave to file a second amended complaint is **GRANTED**, and the Clerk of Court shall docket Cannon's proposed second amended complaint (*doc. 30*) as a second amended complaint. Given the filing of a second amended complaint, **IT IS FURTHER ORDERED** that the defendants' motion (*doc. 24*) to dismiss the amended complaint is **DISMISSED AS MOOT**.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge