THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH CANNON, | : |
| **Plaintiff** | : |
| v. | : 1:19-CV-1700 |
| | : (JUDGE MARIANI) |
| KERI MOORE, et al., | : |
| **Defendants** | : |

### ORDER

AND NOW, THIS 25th DAY OF JULY, 2022, upon review of Magistrate Judge Schwab's Report & Recommendation ("R&R") (Doc. 66) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 66) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the Court's Orders and for failure to prosecute this action.[1]

3. Defendants' Motion for Summary Judgment (Doc. 57) is **DISMISSED AS MOOT**.

4. The Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge

---

[1] Judge Schwab's reasoning and conclusion that Plaintiff has failed to prosecute and has abandoned this action is further supported by Plaintiff's failure to file any Objections to the pending R&R despite over one month having passed since its issuance on June 17, 2022.

The Court also agrees with the R&R's findings that an application of the *Poulis* factors further supports the dismissal of this action. *See* Doc. 66, at 12-16; *Poulis v. State Farm Fire and Cas. Co.*, 747 F.2d 863 (3d Cir. 1984).